CHARLES HERTZIG, Respondent, *v.* PARAMOUNT BRICK WORKS, INC., et al., Defendants, and A. M. HAZELL, INC., Appellant.

(Argued January 26, 1933; decided March 1, 1933.)

*Abraham L. Pomerantz, George W. Bristol* and *Moses Smith* for appellant.

*Edwin F. Korkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.